No. 68324.—F. W. Woolworth Company v. United States, protest 62/12873 (Philadelphia).

Opinion by FORD, J.   In accordance with oral stipulation of counsel that the merchandise, invoiced as travelers' bags, nest of five, item number 8461, is in chief value of india rubber, the claim of the plaintiff was sustained.